COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# NOTICE OF ORDER ON MOTION

Cause number:               01-14-00648-CV

Style:                     Barrett Wakefield and Howard Wakefield III

                             **v.** Sam Ayers and Claudia Ayers

Date motion filed[*]:      December 12, 2014

Type of motion:        Motion for extension of time to file brief

Party filing motion:     Appellant Howard Wakefield III

Document to be filed:   Appellant Howard Wakefield's brief

Is appeal accelerated?     No

If motion to extend time:

      Original due date:               October 15, 2014

      Number of previous extensions granted:       Current Due date: December 12, 2014

      Date Requested:

Ordered that motion is:

     ☑      Granted

               If document is to be filed, document due: **January 12, 2014**

               ☐ The Court will not grant additional motions to extend time.

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

Judge's signature:   /s/ Terry Jennings

                   ☑ Acting individually     ☐ Acting for the Court

Panel consists of        _____

Date: December 23, 2014